**STATE of Missouri, Respondent,**

v.

**Antwain Cedric STEWART, Appellant.**

**WD 78631**

Missouri Court of Appeals,
Western District.

August 9, 2016

Samuel Buffaloe, Columbia, MO, Counsel for Appellant

Dora Fichter, Jefferson City, MO, Counsel for Respondent

Before Division Four: Mark D. Pfeiffer, Chief Judge Presiding, James Edward Welsh, and Cynthia L. Martin, Judges

**ORDER**

Per Curiam:

Antwain Stewart appeals his conviction, following a jury trial, for the crime of burglary in the first degree (§ 569.160.1, RSMo 2000), for which he was sentenced to twenty-five years in prison. We affirm. Rule 30.25(b).